IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORMA JEAN NEW, | ) | CASE NO. 7:06-CV-5027 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CITY OF VALENTINE, NEBRASKA, A Municipal Corporation. | ) | |
| Defendant. | ) | |

This matter comes on before the Court upon the joint Stipulation filed by the parties.

The Court, being fully advised in the premises finds that good cause exists to grant said Stipulation; the summary judgment deadline is hereby continued to April 30, 2008.

DATED January 25, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge