IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NORMA JEAN NEW,** | ) | 7:06CV5027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| **CITY OF VALENTINE, NEBRASKA,** | ) | |
| A Municipal Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend the Plaintiff's Summary Judgment Reply Brief Deadline (Filing No. 34). The Plaintiff's response is currently due on May 23, 2008, and she seeks an order extending that date to May 30, 2008. Plaintiff represents to the Court that opposing counsel does not object to the requested extension. For good cause shown, the Plaintiff's motion will be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Extend the Plaintiff's Summary Judgment Reply Brief Deadline (Filing No. 34) is granted; and

2. The Plaintiff's response shall be filed on or before May 30, 2008.

DATED this 7th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge