IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NORMA JEAN NEW,** | ) | 7:06CV5027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **CITY OF VALENTINE, NEBRASKA,** | ) | |
| A Municipal Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Defendant's Reply Brief Deadline (Filing No. 41). The Defendant's response is currently due on June 6, 2008, and it seeks an order extending that date to June 13, 2008. Defendant represents to the Court that opposing counsel does not object to the requested extension. For good cause shown, the Defendant's motion will be granted. Accordingly,

IT IS ORDERED:

1. The Defendant's Unopposed Motion to Extend Defendant's Reply Brief Deadline (Filing No. 41) is granted; and

2. The Defendant's response shall be filed on or before June 13, 2008.

DATED this 6th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge