IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORMA JEAN NEW,              )<br>                                               )<br>           Plaintiff,              )<br>                                               )<br>vs.                                          )<br>                                               )<br>CITY OF VALENTINE, NEBRASKA,  )<br>                                               )<br>           Defendant.          ) | 7:06CV5027<br><br>ORDER |

This matter is before the court on the parties' JOINT MOTION AND STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL [55]. Counsel orally advised the court that they wish to participate in mediation. Upon the representation that the parties intend to hire a mediator or neutral person for mediation or negotiation,

IT IS ORDERED that the Joint Motion [55] is granted, as follows:

1.     Pursuant to General Order No. 2005-21, all pending dispositive and nondispositive motions are denied, without prejudice to refiling in the event settlement is not reached in mediation.

2.     Counsel shall, no later than **August 8, 2008**, advise the court of the identity and address of their chosen mediator, and the date of their mediation session.

3.     The jury trial now scheduled to begin the week of August 4, 2008 in North Platte, Nebraska, is cancelled.

4.     The trial of this matter is continued to **Tuesday, September 30, 2008**, said trial to be held in North Platte, Nebraska. Counsel are directed to report to chambers for an informal conference at 8:30 a.m. on September 30, 2008. The other provisions of the Trial Preparation Order filed on July 2, 2008 [52] remain in effect.

5.     The final pretrial conference will be held by telephone on **Thursday, September 11, 2008 at 11:00 a.m.**, before Magistrate Judge F. A. Gossett. The court will initiate the conference call.

DATED this 11th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge