IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NORMA JEAN NEW,** | ) | 7:06CV5027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **CITY OF VALENTINE, NEBRASKA,** | ) | |
| A Municipal Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion in Limine (Filing No. 57). The Court's Final Progression Order (Filing No. 18) required that any motions in limine not related to expert witnesses be filed on or before June 30, 2008. The Plaintiff's motion, therefore, is untimely.

IT IS ORDERED:

1. The Plaintiff's Motion in Limine (Filing No. 57) is denied.

DATED this 5th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge