IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORMA JEAN NEW, | ) | Case No. 7:06cv5027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CITY OF VALENTINE, NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation, given to the magistrate judge by Kathleen Neary, counsel for Plaintiff,

**IT IS ORDERED:**

1.   On or before **February 2, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2.   Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.   The final pretrial conference set for September 11, 2008 is cancelled upon the representation that this case is settled.

Dated this 11th day of August 2008.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge